MARK G. BUDWIG (SBN 126045)
mbudwig@mckennalong.com
LAURENCE R. PHILLIPS (SBN 190152)
lphillips@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
Suite 3300, Symphony Towers
750 B Street
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

JS-6

Attorneys for Plaintiff
WESTERN STEEL & METALS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of WESTERN STEEL & METALS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; STRONGHOLD ENGINEERING, INC., a California corporation,<br><br>Defendants. | CASE NO. EDCV07-226 VAP (JCRx)<br><br>**JOINT STIPULATION RE REQUEST FOR DISMISSAL (WITHOUT PREJUDICE)** |

Plaintiff WESTERN STEEL & METALS, INC., a California corporation ("WESTERN STEEL"), and Defendants FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation ("FIDELITY"); STRONGHOLD ENGINEERING, INC., a California corporation, ("STRONGHOLD"), hereby stipulate as follows:

///
///

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1), that the Complaint filed in the above-captioned action be DISMISSED WITHOUT PREJUDICE in its entirety.

Dated: November 11, 2009

McKENNA LONG & ALDRIDGE LLP

By: _____
Laurence R. Phillips

Attorneys for Plaintiff
WESTERN STEEL & METALS, INC.

Dated: November 6, 2009

K&L GATES LLP

By: _____
Hector H. Espinosa
Timothy L. Pierce
Attorneys for Defendants
FIDELITY & DEPOSIT COMPANY OF MARYLAND and STRONGHOLD ENGINEERING, INC.

SD:22176222.1

IT IS SO ORDERED

Dated November 13, 2009

_____
Virginia A. Phillips
United States District Judge